N. L. HUTCHINS, JR., *et al.*, plaintiffs in error, *vs.* S. H. BAKER *et al.*, defendants.

(BY TWO JUDGES.)  If the bill of exceptions be not certified to be the true original, the cause will be dismissed.  (R.)   16th January, 1872.

Practice in the Supreme Court.   From Milton.

This cause was dismissed because there was no certificate that the bill of exceptions sent up with the certified record was the true original bill of exceptions.

G. N. LESTER ; T. M. PEEPLES, for plaintiffs in error.

H. P. BELL; SIMMONS & HOWELL, for defendants.